BENJAMIN BLOSSOM, Appellant, v. GRACE J. BLOSSOM, Respondent.— Order modified by reducing the amount which the plaintiff is directed to pay to the defendant as counsel fee to the sum of $2,500, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN BLOSSOM, Appellant, v. GRACE J. BLOSSOM, Respondent.— Order modified by reducing the amount which the plaintiff is directed to pay to the defendant as counsel fee in defending appeal from order to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT STERLING CLARK, Appellant, v. DOUGLAS ALEXANDER and Others, Defendants, Impleaded with STEPHEN CARLTON CLARK, Individually and as Trustee, etc., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT STERLING CLARK, Appellant, v. DOUGLAS ALEXANDER, Individually and as Trustee, etc., Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRIEDA HEMPEL, Respondent, v. AUGUST HECKSCHER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRIEDA HEMPEL, Respondent, Appellant, v. AUGUST HECKSCHER, Appellant, Respondent.— Order reversed, without costs, and the motion of the defendant to vacate plaintiff's notice to take defendant's deposition before trial in all respects granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CARMELO MAGNIFICO, Appellant, v. EDWARD QUIRK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES N. BUTTERLY, Individually and as a Stockholder of Defendant NORTHERN TERMINAL CORPORATION OF NEW YORK, for Himself and for All Other Stockholders Similarly Situated, Appellant, v. NORTHERN TERMINAL CORPORATION OF NEW YORK and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERBERT J. SCHULZE, Respondent, v. CHARLES E. LESSING, President of the UNITED SCENIC ARTISTS OF AMERICA, LOCAL 829, OF THE BROTHERHOOD OF PAINTERS, DECORATORS AND PAPERHANGERS OF AMERICA, an Unincorporated Association of More Than Seven Members, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOMINICK FRESE, Appellant, v. VIRPE TIA REALTY Co., INC., Sued Herein as VERPETIA REALTY Co., INC., Respondent.— Order affirmed, with ten dollars